IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

AUG 2 6 2015

David J. Bradley, Clerk of Court

No. 15-20284

4:14-cv-2790

CROSBY VALVE L.L.C.,

    Plaintiff - Appellant

v.

FMC CORPORATION,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of August 26, 2015, pursuant to appellant's unopposed motion.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _Dawn Shulin_____
    Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 26, 2015

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 15-20284    Crosby Valve, L.L.C. v. FMC Corporation
                            USDC No. 4:14-CV-2790

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dawn M. Shulin, Deputy Clerk
                        504-310-7658

cc w/encl:
    Mr. David J. Beck
    Mr. James Kelly Leonard
    Mr. Russell S. Post
    Mr. Andrew James Wronski